**IPP International U.G. Declaration Exhibit A**
**File Hashes for IP Address 24.1.106.111**

**ISP:** Comcast Cable Communications Management, LLC
**Physical Location:** Evanston, IL

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 12/19/2017 19:52:46 | 9A90BB3B08FBC81CF4CB979FCFB35A4FE35A755B | Sex For Three By The Sea |
| 07/12/2017 19:07:06 | 51D55C5CDB6AAE605834867ADBDA19864C677ECA | Summer Lovers |
| 06/27/2017 06:36:43 | 9ACCD9F498769C3E61D1934C9237406ACF9D11DE | The Call Girl |
| 01/05/2017 16:46:36 | 5CF74DDFF817F18342D01A1E88D2053BB766C91E | The Artiste |
| 07/05/2016 23:59:14 | CB3EAE417778FFD481453F3618F8ED6D4AB751AE | Triple Blonde Fantasy |
| 06/28/2016 17:15:54 | 8E8C511ECF850102118CD5F35F8FC76EE9B3C6D1 | Blonde Ambition |
| 05/03/2016 22:17:47 | 33D0A5CDC8BFB8311B2235E22E7DE5259C737BF7 | Competition |
| 04/30/2016 18:44:40 | 6D8E818DE86E92D79FD4270BD1422B64832F5E7D | Girls Just Want to Have Fun |
| 02/24/2016 21:42:31 | 10BE84D5CCE102DBA37E4BD7B1583137248BC0BA | Heart and Soul |
| 02/12/2016 20:54:55 | 3DF19036CD18CE3730E92AA1F7C1A1377C733875 | Loving It Hard And Deep |
| 01/29/2016 23:09:04 | 4DE257BA36688AC5151D500A224C0665A61623DD | Four Way In 4K |

**Total Statutory Claims Against Defendant: 11**

EXHIBIT A

NIL846