UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

Malibu Media, LLC

                    Plaintiff,

v.

Case No.: 1:18−cv−02529
Honorable Ronald A. Guzman

John Doe, subscriber assigned IP address 24.1.106.111

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 2, 2018:

      MINUTE entry before the Honorable Ronald A. Guzman: Pursuant to plaintiff's notice of voluntary dismissal [12], this action is hereby dismissed with prejudice pursuant to settlement and Fed.R.Civ.P. 41(a)(1)(A)(i). Any pending motions or schedules in this case are stricken as moot. Civil case terminated. Mailed notice(is, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.