✎ AO 121 (6/90)

| TO: **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☐ ACTION    ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO. | DATE FILED |

| PLAINTIFF | DEFENDANT |
|---|---|
|  |  |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 |  |  |
| 2 |  |  |
| 3 |  |  |
| 4 |  |  |
| 5 |  |  |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading |
|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 |  |  |
| 2 |  |  |
| 3 |  |  |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

**Copyrights-In-Suit for IP Address 24.1.106.111**

**ISP:** Comcast Cable Communications Management, LLC
**Location:** Evanston, IL

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Sex For Three By The Sea | PENDING | 07/29/2017 | 08/30/2017 | 12/19/2017 |
| Summer Lovers | PENDING | 07/07/2017 | 08/30/2017 | 07/12/2017 |
| The Call Girl | PA0002034879 | 07/30/2016 | 10/20/2016 | 06/27/2017 |
| The Artiste | PA0002020180 | 05/28/2016 | 06/27/2016 | 01/05/2017 |
| Triple Blonde Fantasy | PA0002031875 | 06/18/2016 | 08/29/2016 | 07/05/2016 |
| Blonde Ambition | PA0001779796 | 03/05/2012 | 03/06/2012 | 06/28/2016 |
| Competition | PA0001932116 | 02/07/2015 | 02/17/2015 | 05/03/2016 |
| Girls Just Want to Have Fun | PA0001947090 | 06/11/2015 | 06/16/2015 | 04/30/2016 |
| Heart and Soul | PA0001815353 | 11/24/2012 | 11/30/2012 | 02/24/2016 |
| Loving It Hard And Deep | PA0001995331 | 02/11/2016 | 04/26/2016 | 02/12/2016 |
| Four Way In 4K | PA0001995499 | 01/28/2016 | 02/18/2016 | 01/29/2016 |

**Total Malibu Media, LLC Copyrights Infringed:  11**

EXHIBIT B

NIL846

UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

Malibu Media, LLC

          Plaintiff,

v.

          Case No.: 1:18−cv−02529
          Honorable Ronald A. Guzman

John Doe, subscriber assigned IP address 24.1.106.111

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 2, 2018:

      MINUTE entry before the Honorable Ronald A. Guzman: Pursuant to plaintiff's notice of voluntary dismissal [12], this action is hereby dismissed with prejudice pursuant to settlement and Fed.R.Civ.P. 41(a)(1)(A)(i). Any pending motions or schedules in this case are stricken as moot. Civil case terminated. Mailed notice(is, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: s/ JOHN KOSELKE
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
July 3, 2018